# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**KENNETH BLANKENSHIP, THERESA BLANKENSHIP,**

        **Plaintiffs,**

**-vs-**                                           **Case No. 6:12-cv-781-Orl-18DAB**

**FIRST MAGNUS FINANCIAL CORPORATION; WASHINGTON MUTUAL MORTGAGE SECURITIES CORPORATION; WAMU ASSET ACCEPTANCE CORPORATION, ET AL.,**

        **Defendants.**
_____

## REPORT AND RECOMMENDATION TO DISMISS CASE

**TO THE UNITED STATES DISTRICT COURT**

This cause comes before the Court on its own initiative. It appears that the Court lacks subject matter jurisdiction over the claims in Plaintiffs' Complaint. According to the Complaint filed on May 23, 2012 (Doc. 1), Plaintiffs Kenneth and Theresa Blankenship proceeding *pro se* assert claims for wrongful foreclosure, fraud, quiet title, and declaratory relief. Plaintiffs have only pled state law claims and have not set forth any allegations of a federal claim to support jurisdiction based on a federal question, 28 U.S.C. § 1331. Although Plaintiffs mention several federal statutes (Doc. 1 ¶ 17) in the jurisdiction section of the Complaint, the headings of their actual counts are for "wrongful foreclosure," fraud, quiet title, and declaratory relief. Doc. 1 at 16 – 25.

On June 22, 2012, Plaintiffs were **ORDERED** to show cause within 14 days why this case should not be dismissed for lack of subject matter jurisdiction. Plaintiffs have not filed any response despite the time having run.

It is respectfully **RECOMMENDED** that the Plaintiffs' Complaint be **DISMISSED** for failure to set forth any allegations of a federal claim to support jurisdiction based on a federal question, 28 U.S.C. § 1331.

Failure to file written objections to the proposed findings and recommendations contained in this report within fourteen (14) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on July 12, 2012.

*David A. Baker*

DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
Counsel of Record
Unrepresented Party
Courtroom Deputy