# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

KENNETH BLANKENSHIP and
THERESA BLANKENSHIP,

      Plaintiffs,

v.                                        Case No: 6:12-cv-781-Orl-18DAB

FIRST MAGNUS FINANCIAL
CORPORATION, WASHINGTON
MUTUAL MORTGAGE SECURITIES
CORPORATION, WAMU ASSET
ACCEPTANCE CORPORATION,
WASHINGTON MUTUAL
MORTGAGE PASS-THROUGH
CERTIFICATES, WMALT SERIES
2006-5, LASALLE BANK NATIONAL
ASSOCIATION, MORTGAGE
ELECTRONIC RECORDATION
SYSTEMS ("MERS"), JP MORGAN
CHASE BANK, N.A., ALL PERSONS
CLAIMING BY, THROUGH OR
UNDER SUCH PERSON and DOES 1
TO 20,

      Defendants.

## ORDER

THIS CAUSE comes for consideration on United States Magistrate Judge David A. Baker's July 12, 2012 Report and Recommendation (Doc. 16). Judge Baker recommended that Plaintiffs' Complaint be dismissed for Plaintiffs' failure to comply with the June 22, 2012 Order to Show Cause (Doc. 12). (See Doc. 16 at 2.) Specifically, Plaintiffs failed to show cause as to why this case should not be dismissed for lack of subject matter jurisdiction. (See id. at 1.) After the date of Judge Baker's Report and Recommendation, Plaintiffs filed a

response to the Order to Show Cause. (See Doc. 17.) Although Plaintiffs failed to file their response in a timely fashion, the Court will evaluate the merits of Plaintiffs' arguments rather than immediately dismiss the case.

Therefore, the Court ~~DECLINES TO ADOPT~~ defers ruling United States Magistrate Judge David A. Baker's July 12, 2012 Report and Recommendation (Doc. 16). It is further **ORDERED** that this matter be **REFERRED**, pursuant to Local Rule 6.01(a), M.D. Fla., Fed. R. Civ. P. 72(b) and 28 U.S.C. 636(b), to the United States Magistrate Judge for a Report and Recommendation to the Court as to the appropriate disposition of this matter in light of Plaintiffs' response to the Order to Show Cause.

**DONE and ORDERED** in Orlando, Florida on this 23 day of July, 2012.

G. KENDALL SHARP
SENIOR UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties