# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**KENNETH BLANKENSHIP, THERESA BLANKENSHIP,**
           **Plaintiffs,**

-vs-                                                        **Case No. 6:12-cv-781-Orl-18DAB**

**FIRST MAGNUS FINANCIAL CORPORATION; WASHINGTON MUTUAL MORTGAGE SECURITIES CORPORATION; WAMU ASSET ACCEPTANCE CORPORATION, ET AL.,**
           **Defendants.**

## ORDER

The case was referred to the United States Magistrate Judge for report and recommendation on Plaintiffs' Response to the Court's previous Order to Show Cause why the case should not be dismissed for lack of subject matter jurisdiction. The Court having reviewed the supplemental report and recommendation of the magistrate judge, and there being no objections to the report filed, it is hereby

**ORDERED** that the report and recommendation of the magistrate judge is hereby **APPROVED**. Plaintiff is granted leave to amend their Complaint within 14 days from the date of this Order indicating the basis for this Court's jurisdiction; the details of the mortgage transaction; the details of the foreclosure; and specific allegations particular to any claims alleged under a federal statute. Failure to do so may result in dismissal of this action without further notice.

It is **SO ORDERED** in Orlando, Florida, this _27_ day of September, 2012.

                                                          G. KENDALL SHARP
                                                          Senior United States District Judge

Copies to:

Counsel of Record